**FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN


EDWARD PICHÉ,                        )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )   Civil No. 2006-79
STOCKDALE HOLDINGS, LLC, d/b/a       )
CAPTAIN NAUTICA (and a/k/a CAPTAIN   )
NAUTICA, INC.), PARKER F.            )
STOCKDALE, and SUSAN M. STOCKDALE,   )
                                     )
          Defendants.                )
_____)
```

**ATTORNEYS:**

**John E. Stout, Esq. and Julie German Evert, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Ruth Miller, Esq.**
St. Thomas, U.S.V.I.
    *For the defendants.*


<u>ORDER</u>

**GÓMEZ, C.J.**

     Before the Court is the motion of the defendants, Stockdale Holdings, LLC, d/b/a Captain Nautica ("Captain Nautica"), Parker F. Stockdale, and Susan Stockdale (together, the "Stockdales") for partial summary judgment against the plaintiff, Edward Piché

*Piché v. Stockdale Holdings, LLC, d/b/a Captain Nautica, et al.*
Civil No. 2006-79
Order
Page 2

("Piché").  For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion for partial summary judgment is **GRANTED;** and it is further

**ORDERED** that the first amended complaint is **DISMISSED** to the extent it asserts claims based on negligence, *res ipsa loquitor*, breach of contract, and breach of warranty.

                                        S_____
                                          **CURTIS V. GÓMEZ**
                                             **Chief Judge**